UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22247-KMM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**THE SHERWIN-WILLIAMS COMPANY,**
a foreign for-profit corporation,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant THE SHERWIN-WILLIAMS COMPANY, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: November 16, 2023.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By   *s/ Roderick V. Hannah* | By   *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

1

**DENTONS COHEN & GRIGSBY**
Counsel for Defendant
9110 Strada Place, Mercato Dr
Suite 6200
Naples, FL  34108-2938
(239) 444-1826
Bryan.dubon@dentons.com

By    */s/ Bryan F. DuBon*
        BRYAN F. DUBON
        Fla. Bar No. 1007943